McCracken and successor and please call the case. 308259. You may proceed. I thought you were going to remain mute. No offense to the court, but I'd like to. Unfortunately, I have to be here, so we're going to make the best of it. May it please the court, may it please the table back there. Your Honors, I'm going to make this brief. Again, there's no debate on this appeal. That was the defendant who caused the absence of Tiffany Williams and Katie Sanders. The only issue is whether their videotaped statements can be impeached with their prior inconsistent statements to police officers. The defendant's argument here is that the Smith cases should apply. People submit that those cases are not on point, and the reason those aren't on point is because in Smith, it was not established that it was the defendant who caused the absence of the witnesses in that case. In that case, the witness was deceased, was killed by the perpetrator in that case, but it was the defendant. He was, of course, innocent until proven guilty, therefore, you couldn't associate the absence of those witnesses with the defendant. In this case, there's no question that the defendant caused the absences. That's why the people believe that the case of, in the lack of an Illinois case on point, a binding case, that the case of New York v. Bozier is much more akin to this case. In that case, very similarly to this case, the witness was threatened by the defendant, by the co-defendants, and for that reason was not present to testify. The court in that case basically held that impeachment in such circumstances should not always be allowed, even though the defendant is, of course, still entitled to a fair trial. These are unique circumstances and should be handled as such. Among the reasons that the court held that impeachment shouldn't be allowed, or they I don't want to say three different circumstances, but there are three different considerations that the court mulled over. One of them is where the possibility that the jury may give too much weight to the prosecution statement. Another is where the inconsistency does not go to the heart of the people's case, and another is where the inconsistency could not have been credibly explained if the witnesses were present. The people do concede that the inconsistency in this case, which of course is whether or not the defendant was present at the scene or not, does go to the heart of the people's case. There's no question about that. However, there is also no question that this inconsistency possibly could have been explained if these witnesses were present, but of course they were not present because of the defendant's actions. The court in Bossier went on to talk about other considerations like whether or not the people, they deserve to have a chance to rehabilitate each statement, the witnesses, and of course they're not here so the people are incapable of doing that.